IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PRAJEE INVESMENTS,** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** _____ |
| | § | |
| **THE PRINCETON EXCESS AND** | § | **JUDGE** _____ |
| **SURPLUS LINES INSURANCE** | § | |
| **COMPANY,** | § | **JURY DEMANDED** |
| Defendant | § | |

**CAUSE NO. 21-DCV-283916**

| | | |
|---|---|---|
| **PRAJEE INVESMENTS,** | § | **IN THE DISTRICT COURT OF** |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | **FORT BEND COUNTY, TEXAS** |
| | § | |
| **PRINCETON EXCESS AND** | § | |
| **SURPLUSS LINE INSURANCE** | § | |
| **COMPANY,** | § | |
| Defendant | § | **400th JUDICIAL DISTRICT** |

## DEFENDANT PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY'S PETITION FOR REMOVAL

**TO THE UNITED STATES DISTRICT COURT:**

This is a Petition for Removal of this action from the 400th Judicial District Court of the State of Texas, Fort Bend County, Texas to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §1332.

**STATE PROCEEDINGS:**

1.     The petitioner, The Princeton Excess Surplus Lines Insurance Company (Princeton) is a Defendant in a civil action brought against it in the 400th Judicial District Court of the State of

Texas, Fort Bend County, Texas (a copy of the Original Petition is attached hereto Exhibit A) asserting a claim against Princeton, with a "*home office or principal place of business…Princeton, NJ…and seeks damages of $75,000.00*". Therefore, diversity in citizenship and $75,000.00 in controversy exists providing original jurisdiction in federal court.

**REMOVAL TIMELINE AND JURISDICTION:**

2.  This action was commenced by the filing of an Original Petition on or about May 28, 2021, and service upon Princeton occurred on or about June 3, 2021. The Original Petition claims "*breach of the insurance contract…unfair and deceptive act or practice in the business of insurance… breach of the common law duty of good faith and fair dealing…Defendant knowingly…engaged in actions and/or omissions for the purpose of misleading Plaintiff… Defendant was a member of a combination…whose object was to accomplish…illegal acts upon Plaintiff*" (¶¶ 28-57).

3.  The controversy herein between the Plaintiff and Princeton is a controversy involving parties from the State of Texas and the State of New Jersey.

4.  This is a civil action brought in a State Court of which the United States District Courts have original jurisdiction because of diversity and $75,000.00 in controversy, pursuant to 28 U.S.C. **§1332.**

**NOTICE**

5.  Plaintiff has been notified of intent by Princeton to remove this cause through their attorney of record who received a copy of this removal petition along with the 400th Judicial District Court of the State of Texas, Fort Bend County, Texas by its receipt of a notice of filing.

6.  This removal petition was filed with this Court within thirty (30) days after receipt by Princeton of the Original Petition, which was received on June 3, 2021.

WHEREFORE, Petitioner for Removal The Princeton Excess Surplus Lines Insurance Company prays that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

**CALLIER LAW GROUP PLLC**

*/s/ Joseph Alan Callier*
Joseph Alan Callier
TBN – 03663500
Megan Elizabeth Callier
TBN - 24097448
4900 Woodway, Suite 700
Houston, Texas 77056
Telephone: (713) 439-0248
Facsimile: (713) 439-1908
Email: callier@callierlawgrouppllc.com
mcallier@callierlawgrouppllc.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record through the court's electronic-filing system or, in person, by mail, by commercial delivery service, by facsimile or by email on the 2nd day of July, 2021

*/s/ Joseph Alan Callier*
Joseph Alan Callier