**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **PRAJEE INVESTMENTS,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 4:21-cv-02157** |
| § | |
| **PRINCETON EXCESS AND** § | |
| **SURPLUS LINE INSURANCE** § | |
| **COMPANY,** § | |
| *Defendant.* § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Joe Synoradzki, associate at Dick Law Firm, PLLC, and enters his Notice of Appearance as Co-Counsel for Plaintiff and Dick Law Firm in the above-styled matter. Joe Synoradzki requests that his name be noted as an additional attorney of record for Dick Law Firm in the Court's file.

Respectfully submitted,

By: */s/ Joe Synoradzki*
Joe Synoradzki
TBN: 24088498
FIN: 2677443
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007 Telephone
(512) 626-8961 Cellular
joe@dicklawfirm.com
**Co-Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the above was served to parties of record in a method appropriate under Federal Rules of Civil Procedure.

Signed on August 24, 2021

*/s/ Joe Synoradzki*
Joe Synoradzki
TBN: 24088498
FIN: 2677443