United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>August 26,  2021</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:08-10:09AM</u>     AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO 4:21cv2157

Prajee Investments,

             Plaintiff
vs.

Princeton Excess & Surplus Line Insurance Company,      Joseph Alan Callier

             Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

<u>The Court did not hold the initial conference because Plaintiff's counsel failed to appear and did not notify the Court beforehand regarding any issues. The initial conference shall be rescheduled to a later date.</u>

SIGNED in Houston, Texas, this <u>26</u>[th]  day of August, 2021.

_____
Sam Sheldon
United States Magistrate Judge